# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

Alfredo C. Michel, No. 1005390

    v.

David Dormire

Case Number: 05-4178-CV-C-NKL

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:** by order of December 9, 2005, that plaintiff's claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915, as frivolous and for failure to state a claim on which relief may be granted. It is further ordered that plaintiff's motions for injunctive relief are denied.

*ENTERED ON: December 13, 2005*

                                             *Patricia L. Brune*

*December 13, 2005*                                          *Clerk*
*Date*

                                             */s/ L. Bax*
                                             *J Russel*
                                             *(By) Deputy Clerk*